UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-23364-CIV-MORENO**

DELBERT KUEHNER,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon Plaintiff's Motion to Consolidate and to Appoint Interim Co-Lead Counsel and Interim Liaison and Coordinating Counsel **(D.E. No. 16)**, filed on **October 10, 2013.**

THE COURT has considered the motion and the pertinent portions of the record. The Court finds that the interests of the plaintiffs in this action are represented in the class action styled *Fladell v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-60721, currently pending in this Court and referred to Magistrate Judge Alicia M. Otazo-Reyes. It is unnecessary to consolidate identical cases. It is thereby

**ADJUDGED** that the motion is DENIED and this action DISMISSED for being part of the class action *Fladell v. Wells Fargo Bank, N.A., et al.*, No. 13-cv-60721.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of October, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record